UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, Inc.                     ) Case No.:
                                  )
    Plaintiff,                    )  **CORPORATE DISCLOSURE**
                                  )
vs.                               )
                                  )
EDWARD MADDEN                     )
                                  )       03  12253 REK
    Defendant                     )

**Pursuant to LR, D. Mass 7.3** the corporate Plaintiff in the above referenced action, DIRECTV, Inc., now makes this disclosure:

1. **DIRECTV, Inc.** (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2. **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3. **DIRECTV Holdings, LLC** is a wholly owned subsidiary of Hughes Electronic Corporation (a Delaware Corp.);

4. **Hughes Electronic Corporation** is a wholly owned subsidiary of General Motors Corporation (a Delaware Corp.);

5. **General Motors Corporation** (a Delaware Corp.) is a publicly-held corporation.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

11/14/03
Date

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1