UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN 14  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECTV, INC.<br>  Plaintiff | )<br>)<br>) |
| v. | )    Civil Action 03-12253REK |
| | ) |
| EDWARD MADDEN<br>  Defendant | )<br>) |

## APPEARANCE OF COUNSEL

Please enter my appearance on behalf of defendant, Edward Madden.

Henry A. Cashman
BBO#: 077960
705 East Broadway
South Boston, MA 02127
Tel. (617)268-6665