UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, Inc.
    Plaintiff

v.                                                     Civil Action No.03-12253-REK

Edward Madden
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>KEETON, S.D.J.</u>

    The Court having been advised by counsel for the defendant that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                  By the Court,

                                                  /S/ Karen P. Folan

<u>11/16/04</u>                                            _____
  Date                                                Karen P. Folan
                                                      Courtroom Clerk